UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JOSEPH O MASON  
    TATIA M MASON  
        Debtor(s)

Case No. 09-39921

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/23/2009.

2) The plan was confirmed on 02/10/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/01/2010.

5) The case was converted on 07/22/2010.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $36,401.21.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,274.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,274.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,117.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $71.35 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,189.16** |

Attorney fees paid and disclosed by debtor:       $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ANTHONY LOMBARDI DDS | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED OPTHALMOLOGIST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 22.50 | NA | NA | 0.00 | 0.00 |
| BLOCK & BLOCK ATTORNEYS | Unsecured | 1,855.31 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY INTERPRETATION II | Unsecured | 7.50 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV II LLC | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 1,815.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,868.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 2,167.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 1,470.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| FAMILY MEDICAL GROUP | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | NA | 306.50 | 306.50 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 678.75 | 678.75 | 678.75 | 84.84 | 0.00 |
| JOLIET CENTRAL HIGH SCHOOL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| JOLIET ONCOLOGY HEMATOLOGY | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| KARL FRITZ MD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 18,045.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIRA MED REVENUE GROUP | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MRSI | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 714.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| PLANET CHIROPRACTIC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| RASSOULI MAJID | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 2,385.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Unsecured | 2,647.00 | NA | NA | 0.00 | 0.00 |
| UNIV GUARD | Unsecured | 5,176.00 | NA | NA | 0.00 | 0.00 |
| WILL CO MEDICAL ASSOC | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $678.75 | $84.84 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$678.75** | **$84.84** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$306.50** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,189.16 |
| Disbursements to Creditors | $84.84 |
| **TOTAL DISBURSEMENTS** : | **$1,274.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/10/2010                    By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**